Case Name:  WHITE, JOE
Case No:     06-72279

# **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 22, 2008        WILLIAM T. NEARY
                                          United States Trustee, Region 11


                              BY:   *Carole J. Ryczek*
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee