UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| WHITE, JOE | ) | CASE NO. 06-72279-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL

    On: Monday, October 20, 2008        Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $7,957.39 |
    | Disbursements | $13.84 |
    | Net Cash Available for Distribution | $7,943.55 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $1,545.74 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $3,800.00 | $52.16 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $64,046.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.9747%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Mario J Perez | $699.00 | $27.78 |
| 2 | Chase Bank USA, N.A. | $15,336.63 | $609.59 |
| 3 | Chase Bank USA, N.A. | $24,220.81 | $962.71 |
| 4 | LVNV Funding LLC Its Successors And | $23,789.75 | $945.57 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have ~~not~~ been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household goods and furnishings | $500.00 |
| Wearing Apparel | $150.00 |
| 2000 Chevrolet Express | $5,500.00 |
| Tools | $2,000.00 |

Dated: September 8, 2008          /s/ Daniel M. Donahue, Trustee

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...2279   Doc 30   Filed 09/23/08   Entered 09/26/08 01:13:43   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores              Page 1 of 1              Date Rcvd: Sep 23, 2008
Case: 06-72279                Form ID: pdf002            Total Served: 17

The following entities were served by first class mail on Sep 25, 2008.
db           +Joe White,    1011 Rail Drive Suite D,    Woodstock, IL 60098-9402
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty          +Mario J Perez,    Law Office of Mario J. Perez,    134 Cass Street,    Woodstock, IL 60098-3208
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
11042655      Capital One Bank,    P.O. Box 790216,    Saint Louis, MO 63179-0216
11042656      Cardmember Serivece,    P.O. Box 15153,    Wilmington, DE 19886-5153
11042657      Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
11042658      Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
11174059     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11042659      Citi Cards,    P.O. Box 688919,    Des Moines, IA 50368-8919
11042660      Harris Bank Barringotn Na,    150 . Wilson,    Palatine, IL 60067
11042661      Home Depot Credit Services,    P.O. Box 6029,    The Lakes, NV 88901-6029
11042662      MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
11159567     +Mario J Perez,    134 Cass Street,    Woodstock, IL 60098-3208
11042663      National City,    P.O. Box 856176,    Louisville, KY 40285-6176
11155804     +Pekin Insurance,    2505 Court Street,    Pekin, IL 61558-0002
The following entities were served by electronic transmission on Sep 24, 2008.
12140618      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11042664      Thomas Meyer
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2008**          **Signature:**   _Joseph Speetjens_