UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JOE WHITE, | ) | NO. 06-72279 |
| | ) | |
| Debtor. | ) | JUDGE MANUEL BARBOSA |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_12-17-08_  _____
DATE         TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 22nd day of December, 2008.

WILLIAM T. NEARY
United States Trustee
By: _Christine K. Miller_
Christine K. Miller
Paralegal Specialist

**Bank of America**

```
CUSTOMER CONNECTION                    Account Number    4428690221
BANK OF AMERICA, N.A.                  01 01 148 06 M0000 E#        2
DALLAS, TEXAS  75283-2406              Last Statement:    10/31/2008
                                       This Statement:    11/28/2008
```

```
                                       Customer Service
                                       1-877-757-8233
ESTATE OF
WHITE, JOE, DEBTOR
DANIEL M. DONAHUE - TRUSTEE            Page      1 of    2
06-72279
C/O GLOBAL GOVERNMENT BANKING          Bankruptcy Case Number: 0672279
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 11/01/2008 - 11/28/2008   Statement Beginning Balance    1,572.30
Number of Deposits/Credits             0   Amount of Deposits/Credits          .00
Number of Checks                       2   Amount of Checks               1,572.30
Number of Other Debits                 0   Amount of Other Debits              .00
                                           Statement Ending Balance            .00
Number of Enclosures                   2
                                           Service Charge                      .00
```

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 104 | 609.59 | 11/13 | 8692255944 | 105 | 962.71 | 11/13 | 8692255945 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/31 | 1,572.30 | 1,572.30 | 11/28 | .00 | .00 |
| 11/13 | .00 | .00 | | | |